**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ x
In re:                                                      :   Chapter 11
                                                            :
AMICUS WIND DOWN CORPORATION, *et al.*,                      :   Case No. 11-13167 (KG)
                                                            :
           Debtors.                                         :   Jointly Administered
                                                            :
                                                            :   RE: DKT NO. 1231
                                                            :
------------------------------------------------------------ x
In re:                                                      :   Chapter 11
                                                            :
FREEZE, LLC, et al.,[1]                                      :   Case No. 11-13303 (KG)
                                                            :
           Debtors.                                         :   Jointly Administered
                                                            :
                                                            :   RE: DKT NO. 161
                                                            :
------------------------------------------------------------ x

## ORDER AND FINAL DECREE CLOSING CERTAIN CHAPTER 11 CASES

Upon consideration of the Motion[2] of the Liquidating Trustee under 11 U.S.C. §§ 105(a)

and 350(a), Fed. R. Bankr. P. 3022, and Del. Bankr. L.R. 5009-1(a) for an order and final decree,

(i) closing the bankruptcy cases of certain debtors as identified on **Exhibit 1** attached hereto

(the "***Administered Cases***"), whose estates have been consolidated under the Plan and, as such,

are fully administered, (ii) designating the bankruptcy case of Amicus Wind Down Corporation,

Case No. 11-13167 (KG) as the surviving bankruptcy case (the "***Surviving Case***") of the

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Amicus Wind Down Corporation f/k/a Amicus Wind Down Corporation (3130); Amicus Restaurants Franchise Wind Down, LLC f/k/a Friendly's Restaurants Franchise, LLC (3693); Amicus Realty I Wind Down, LLC f/k/a Friendly's Realty I, LLC (2580); Amicus Realty II Wind Down, LLC f/k/a Friendly's Realty II, LLC (2581); Amicus Realty III Wind Down, LLC. f/k/a Friendly's Realty III, LLC (2583); Freeze, LLC (9643); Freeze Group Holding Corp. (3232); Freeze Holdings, LP (3099); and Freeze Operations Holding Corp. (5239).
[2]   Capitalized terms used but not otherwise defined herein shall have the meaning ascribed such term in the *Motion under 11 U.S.C. §§ 105(a) and 350(a), Fed. R. Bankr. P. 3022 and Del. Bankr. L.R. 5009-1(a) for Order and Final Decree Closing Consolidated Chapter 11 Cases, Designating Surviving Chapter 11 Case, and Waiving Requirement of Further Post-Confirmation Reports in Chapter 11 Cases to be Closed* (the "***Motion***").

Consolidated Debtors and (iii) waiving the requirement to file further post-confirmation reports in the Administered Cases; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these chapter 11 cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Motion is in the best interests of the Consolidated Debtors, their estates, their creditors, and other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

2.      The bankruptcy cases of the Administered Cases (as set forth on Exhibit "1" to this Order) shall be and are hereby closed and final decree.

3.      Case No. 11-13167 (KG) of Amicus Wind Down Corporation shall be the Surviving Case for the Consolidated Debtors and the caption for the Surviving Case shall be:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------ x
In re:                                                 :  Chapter 11
                                                       :
AMICUS WIND DOWN CORPORATION, et al.,                  :  Case No. 11-13167 (KG)
                                                       :
                    Debtors.                           :
                                                       :
                                                       :
------------------------------------------------------ :
```

4.      All further post-confirmation reporting, including the administration of the assets and liabilities of the Consolidated Debtors, shall occur on a consolidated basis in the

2

Surviving Case.

5.      To the extent not already paid, any and all fees required to be paid to the U.S. Trustee pursuant to 28 U.S.C. § 1930(a)(6) for each case shall be paid as soon as reasonably practicable after the date of entry of this Order.

6.      The Clerk of the Court shall enter this Order and Final Decree individually on each of the Consolidated Debtors' dockets and thereafter such dockets shall be marked as "Closed." Notwithstanding any stay that might be applicable to this Order, this Order shall be effective and enforceable immediately upon entry hereof.

7.      This Court shall retain jurisdiction to construe and enforce the terms of this Order and Final Decree.

Dated: September 14, 2012
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

3